# United States District Court

EASTERN DISTRICT OF WISCONSIN

**DEFAULT
JUDGMENT IN A CIVIL CASE**

**WISCONSIN HISPANIC SCHOLARSHIP FOUNDATION, INC.
d/b/a Mexican Fiesta,**

        Plaintiff,

        V.        CASE NUMBER: **09-C-671**

**ALBERT RAMIREZ, SR. and
MARTHA RAMIREZ,
d/b/a La Otra Mitad Music Booking Agency,**

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that default judgment is entered in favor of the plaintiff and against the defendants on its breach of contract action.**

**The plaintiff is awarded $181,758.00 in damages, plus $1,350.76 (prejudgment simple interest on $18,500.00 at 5% pursuant to Section 138.04 of the Wisconsin Statutes from August 13, 2008, through the January 27, 2010, date of the entry of this judgment), plus $4,539.91 (prejudgment simple interest on $163,258.00 at the rate of 5% pursuant to Section 138.04 of the Wisconsin Statutes from July 8, 2009, through the January 27, 2010, date of the entry of this judgment). Thus, the total amount awarded to the plaintiff is $187,648.67.**

**The plaintiff is awarded post-judgment interest.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|     **January 27, 2010** |  **JON W. SANFILIPPO** |
| Date | Clerk |
| | |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |

*Approved as to Form:*

*s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*
*U.S. District Judge*

*Dated: January 27, 2010.*